**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE MODESTO MERCADO MARIN**<br><br>**v.**<br><br>**MULLIN, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-8635** |

**ORDER**

**AND NOW,** this 12th day of November 2026, upon consideration of the docket in this matter, it is hereby **ORDERED** that Respondents are enjoined from transferring Petitioner out of the jurisdiction of the Eastern District of Pennsylvania pending disposition of the Petition for a Writ of Habeas Corpus.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**